UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re: 231 Fourth Avenue Lyceum, LLC

Case No. 13-42125-cec

Chapter: 11

Debtor
---------------------------------------------------------------x

## TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by **Eric Richmond**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8003(d)(1):

**Doc #196. Order**
**Doc #199 Notice of Appeal to District Court**
**Doc #203 Notice to Parties of requirements, deadlines**

**Robert A. Gavin, Jr.**
**Clerk of Court**

Dated: Brooklyn, New York             **By**: s/D. Capers
       March 15, 2017                        *Appeals Clerk*