```
UNITED STATES DISTRICT COURT                                              C/M
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERIC H. RICHMOND,                                          :
                                                           :
                        Appellant,                         :
            - against -                                    :
                                                           :   17 Civ. 1431 (BMC)
P.B. #7, LLC,                                              :
                                                           :
                        Appellee.                          :
                                                           :
------------------------------------------------------------ X
ERIC H. RICHMOND,                                          :
                                                           :
                        Appellant,                         :
                                                           :   17 Civ. 1432 (BMC)
            - against -                                    :
                                                           :
P.B. #7, LLC,                                              :
                                                           :
                        Appellee.                          :
                                                           :
------------------------------------------------------------ X
```

**ORDER**

**COGAN**, District Judge.

Appellant Eric H. Richmond is a serial litigant who is subject to an anti-filing injunction in this District. This Court entered the injunction on July 19, 2016, enjoining Richmond from filing future actions in this Court without first obtaining leave to do so. The injunction carved out two types of filings over which the injunction would not apply: (a) filings in the bankruptcy court with respect to Richmond's Chapter 13 proceeding and (b) any notice of appeal from this Order or other Orders of this Court. The above-referenced matters are not filings in the bankruptcy court related to his individual Chapter 13 bankruptcy proceeding, nor are they appeals of Orders of this Court. Rather, they are appeals of Orders from the bankruptcy court arising from the Chapter 11 proceeding related to debtor 231 Fourth Avenue Lyceum, LLC. Therefore, these matters are covered by the anti-filing injunction.

The Clerk of Court is directed to close the above-referenced matters and docket the filings in 16 Misc. 2014, which is the miscellaneous docket this Court created for Richmond. The Court will then review the filings and determine whether to direct the Court to open a new matter, as the terms of the injunction provide.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 82 S. Ct. 917 (1962).

**SO ORDERED.**

                                                                                       U.S.D.J.

Dated: Brooklyn, New York
       March 15, 2017